IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BRANDON DUNCAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:23-cv-00423-LMM |
| FREIGHT HANDLERS INC., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation, Dkt. No. [5]. No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Report and Recommendation for clear error and finds none.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, Dkt. No. [5], as its opinion: this action is **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's failure to comply with the Order entered on March 3, 2023; Plaintiff's failure to keep the Court informed of his

current address; and Plaintiff's failure to state a plausible claim for relief. The Clerk is **DIRECTED** to **CLOSE** this case.

    **IT IS SO ORDERED** this 23rd day of May, 2023.

                                                  _____
                                                  **Leigh Martin May**
                                                  **United States District Judge**