# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRANDON DUNCAN,<br><br>        Plaintiff,<br><br>vs.<br><br>FREIGHT HANDLERS INC.,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-00423-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of the Report and Recommendation, and the court having adopted said Report and Recommendation, it is

**Ordered and Adjudged** that the action be, and the same hereby is, DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to comply with the Order entered on March 3, 2023; Plaintiff's failure to keep the Court informed of his current address; and Plaintiff's failure to state a plausible claim for relief.

Dated at Atlanta, Georgia, this 24th day of May 2023.

                              KEVIN P. WEIMER
                              CLERK OF COURT

                By:   s/J. Arnold
                            Deputy Clerk

Prepared, Filed, and
Entered in the Clerk's Office
May 24, 2023
Kevin P. Weimer
Clerk of Court

By:   s/J. Arnold
       Deputy Clerk